IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00103-CR

 

The State of Texas,

                                                                      Appellant

 v.

 

DIANA RODRIGUEZ,

                                                                      Appellee

 

 

 



From the County Court at Law

McLennan County, Texas

Trial Court No. 2004-3923-CR1

 



DISSENTING Opinion










 

          For the reasons stated in my
dissenting opinion in State v. Stanley, No. 10-05-00101-CR (Tex.
App.—Waco July 27, 2005, no pet. h.), I dissent.

 

                                                          TOM
GRAY

                                                          Chief
Justice 

 

Dissenting
opinion delivered and filed July 27, 2005